T. W. WILKINSON & Co. *vs.* PAUL B. BARRINGER, Adm'r.

The statute of limitations of 1846 does not embrace administrations granted previous to its passage, and in such cases non-residents have three years in which to present their claims to the administrator.

IN error from the circuit court of La Fayette county; Hon. Hugh R. Miller, judge.

*Howry & Hayes*, for plaintiff in error.

*H. A. Barr*, for defendant in error.

*Per curiam.* In the case of *William Robertson, Trustee*, v. *Mary Demoss, Adm'x*, at the present term of the court, (ante, p. 298,) it was decided, that the statute of 1846 did not embrace administrations granted previous to its passage. In such a case a non-resident creditor would have three years in which to present his claim to the administrator.

Judgment reversed, and cause remanded.